IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CECIL G. HICKLIN,** ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **Civil Action No. 06-1398** |
| ) | **Electronically Filed** |
| **MICHAEL J. ASTRUE,** ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

## Order of Court

      And now, this 23rd day of February, 2007, for the reasons set forth in the foregoing memorandum opinion, it is HEREBY ORDERED as follows:

    (1)    Defendant's motion for summary judgment (doc. no. 7) is GRANTED;

    (2)    Plaintiff's motion for summary judgment (doc. no. 9) is DENIED;

    (3)    Judgment is hereby entered in favor of defendant and against plaintiff; and

    (4)    The Clerk shall mark the docket closed.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All counsel of record